UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| STEVE BELCHER | CIVIL ACTION NO. 07-1755 |
| VS. | JUDGE DOHERTY |
| ALLSTATE INDEMNITY CO. | MAGISTRATE JUDGE METHVIN |

### *JURISDICTIONAL REVIEW RULING*

This diversity case was removed from a local state court pursuant to 28 U.S.C. § 1332. As required by a standing order of this court, the undersigned has reviewed the record to determine whether the required jurisdictional amount has been established.

Defendant insured plaintiff's home and contents located at 1648 Hodges Street, Lake Charles, Calcasieu Parish, Louisiana. Plaintiff alleges that this property was damaged as a result of Hurricane Rita. Defendant states in its Notice of Removal that plaintiff's policy contains the following coverages: structure - $246,034; appurtenant buildings - $24,603; contents - $172,223 ; additional living expenses - 12 months; mold - $10,000. Plaintiff attaches bills and/or estimates for repairs to his home totaling $93,028.82. To date, defendant has paid a total of $30,910.14. The net difference between the two is $62,118.68.

In addition to contractual benefits, plaintiff alleges violations of La. R.S. 22:658 and/or La. R.S. 22:1220 under which he seeks penalties and attorneys fees.

Considering the foregoing, the undersigned concludes that the jurisdictional amount has been established in this case.

Signed in chambers on January 11, 2008.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)